# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue             Telephone: (212) 390-9550
New York, NY 10110             www.KKLllp.com

September 26, 2022

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

            Re:    *United States v. Seth Markin and Brandon Wong*, 22 Cr. 395 (ER)

Dear Judge Ramos:

       We write with the consent of all parties to respectfully request that the status conference in the above-captioned matter, currently scheduled for September 28, 2022, be adjourned to October 20, 2022 at 9:30 a.m.[1] We further request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the new conference date, in the interests of justice and to allow for the completion and review of discovery and for counsel to contemplate pretrial motions.

                                                   Respectfully submitted,
                                                   KRIEGER KIM & LEWIN LLP

                                     By:      /s/ Edward Y. Kim
                                                    Edward Y. Kim
                                                    Henry L. Ross

cc:      All counsel of record

---

[1] On September 2, 2022 the Court granted the parties' joint request to adjourn the next status conference from September 6, 2022 to September 28, 2022, and to exclude time until that date. (ECF No. 15).