UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

                                   :

UNITED STATES OF AMERICA

                                   :       CONSENT PRELIMINARY ORDER
           - v. -                             OF FORFEITURE/
                                   :       <u>MONEY JUDGMENT</u>

BRANDON WONG,

                                   :       22 Cr. 395 (ER)

           Defendant.

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about July 21, 2022, BRANDON WONG (the "Defendant") was charged with twenty-two counts in a thirty-one-count Indictment, 22 Cr. 395 (ER) (the "Indictment"), comprising conspiracy to commit securities fraud and tender offer fraud, in violation of Title 18, United States Code, Section 371 (Count One); securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Sections 240.10b-5, 240.10b5-1, and 240.10b5-2, and Title 18, United States Code, Section 2 (Counts Six through Fifteen); securities fraud, in violation of Title 18, United States Code, Sections 1348 and 2 (Count Sixteen); tender offer fraud, in violation of Title 15, United States Code, Sanctions 78n(e) and 78ff, Title 17, Code of Federal Regulations, Sections 240.14e-3(a) and 240.14e-3(d); and Title 18, United States Code, Section 2 (Counts Twenty-One through Thirty);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Six through Sixteen, and Twenty-One through Thirty of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in those Counts of the Indictment, including but not limited to a sum of money in United States currency representing the amount of

proceeds traceable to the commission of the offenses charged in Counts One, Six through Sixteen, and Twenty-One through Thirty of the Indictment that the Defendant personally obtained;

WHEREAS, on or about April 10, 2023, the Defendant pled guilty to Count Eight of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Eight of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count Eight of the Indictment, including a sum of money equal to $1,353,673.54 in United States currency, representing the amount of proceeds traceable to the commission of the offense alleged in Count Eight of the Indictment that the Defendant personally obtained.

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $1,353,673.54 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Eight of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Eight of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Nicolas Roos, Kiersten A. Fletcher, and Negar Tekeei, of counsel, and the Defendant, and his counsel, Edward Kim, Esq., that:

1.      As a result of the offense charged in Count Eight of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $1,353,673.54 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Eight of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, BRANDON WONG, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By: _____          4/10/23
         NICOLAS ROOS                                         DATE
         KIERSTEN A. FLETCHER
         NEGAR TEKEEI
         Assistant United States Attorneys
         One St. Andrew's Plaza
         New York, NY 10007
         (212) 637-2421/2238/2482



BRANDON WONG


By: _____          4/10/23
         BRANDON WONG                                    DATE


By: _____          4/10/23
         EDWARD KIM, ESQ.                                 DATE
         Attorney for Defendant
         350 Fifth Avenue, 77th Floor
         New York, NY 10118
         Edward.Kim@KKL11p.com

SO ORDERED:


_____          4/10/2023
HONORABLE EDGARDO RAMOS                DATE
UNITED STATES DISTRICT JUDGE