# KRIEGER KIM & LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118  
Telephone: (212) 390-9550  
www.KKLllp.com

Edward Y. Kim  
Direct Dial: (212) 390-9555  
edward.kim@KKLllp.com

June 30, 2023

By ECF

The Honorable Edgardo Ramos  
United States District Court,  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Brandon Wong*, 22 Cr. 395 (ER)

Dear Judge Ramos:

We represent Brandon Wong in the above-referenced matter and write, with the Government's consent, to respectfully request an adjournment of Mr. Wong's sentencing, which is currently scheduled for July 20, 2023, at 10:30 a.m. The requested adjournment will allow counsel time to review the Probation Office's final Presentence Report, prior to filing Mr. Wong's Sentencing Memorandum with the Court, and to complete collection of letters of support from Mr. Wong's family and friends. This is the first request for an adjournment of Brandon Wong's sentencing by either party.

The parties have conferred and, after consulting with Your Honor's Deputy Clerk, Ms. Rivera, regarding the Court's calendar, we would respectfully propose September 15, 2023, at 11 a.m. for Mr. Wong's sentencing.

We thank the Court for its consideration of this request.

Respectfully submitted,  
KRIEGER KIM & LEWIN LLP

By: *[signature]*  
Edward Y. Kim  
Andrew N. Stahl

cc:   All Counsel of Record  
      (By ECF)

Sentencing is adjourned to September 15, 2023 at 11 a.m. SO ORDERED.

*[signature]*  
Edgardo Ramos, U.S.D.J.  
Dated:   7/5/2023  
New York, New York