# KRIEGER KIM & LEWIN LLP

350 Fifth Avenue, 77th Floor
New York, NY 10118
Telephone: (212) 390-9550
www.KKLllp.com

Edward Y. Kim

Direct Dial: (212) 390-9555
edward.kim@KKLllp.com

August 31, 2023

**By ECF**

The Honorable Edgardo Ramos
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Brandon Wong*, 22 Cr. 395 (ER)

Dear Judge Ramos:

    We represent Brandon Wong in the above-referenced matter and write, with the government's consent, to respectfully request an adjournment of Mr. Wong's sentencing, which is currently scheduled for September 15, 2023, at 10:30 a.m. This is the second request for an adjournment of Brandon Wong's sentencing. The Court granted the prior request. The parties have conferred and, after consulting with Your Honor's Deputy Clerk, Ms. Rivera, regarding the Court's calendar, we would respectfully propose adjourning Mr. Wong's sentencing to Wednesday, November 15, 2023, at 3:30 p.m.

[redacted]

    We thank the Court for its consideration of this request.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: /s/ Edward Y. Kim
Edward Y. Kim
Andrew N. Stahl

cc:    All Counsel of Record
      (By ECF)