UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

UNITED STATES OF AMERICA

v.

BRANDON WONG,

                    Defendant.

No. 22 Cr. 395 (ER)

<u>MOTION FOR LEAVE TO FILE UNDER SEAL</u>

     Please take notice that the undersigned, counsel for Defendant Brandon Wong, hereby move for leave of the Court to file under seal a letter motion requesting adjournment of Mr. Wong's September 15, 2023, sentencing. Counsel seek leave to file under seal in order to comply with the Court's requirement that any motion for adjournment state the reasons for the request. The reasons for the requested adjournment constitute sensitive information or information requiring caution, as defined in Rule 21 of the U.S. District Court for the Southern District of New York's Electronic Case Filing Rules & Instructions.

Dated: August 31, 2023

                                    Respectfully submitted,

                                      */s/ Edward Y. Kim*

                                      Edward Y. Kim
                                      Andrew N. Stahl
                                      KRIEGER KIM & LEWIN LLP
                                      350 Fifth Avenue, 77th Floor
                                      New York, New York 10118
                                      (212) 390-9550
                                      edward.kim@KKLllp.com
                                      andrew.stahl@KKLllp.com

---

The application to file under seal Brandon Wong's request to adjourn sentencing is GRANTED. SO ORDERED.

                                        Edgardo Ramos, U.S.D.J.
                                        Dated: 9/1/2023
                                        New York, New York