# KRIEGER KIM & LEWIN LLP

350 Fifth Avenue, 77th Floor
New York, NY 10118
Telephone: (212) 390-9550
www.KKLllp.com

**MEMO ENDORSED**

Edward Y. Kim

Direct Dial: (212) 390-9555
edward.kim@KKLllp.com

October 27, 2023

<u>By ECF</u>

The Honorable Edgardo Ramos
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Brandon Wong*, 22 Cr. 395 (ER)

Dear Judge Ramos:

    We represent Brandon Wong in the above-referenced matter and write, with the government's consent, to respectfully request an adjournment of Mr. Wong's sentencing, which is currently scheduled for November 15, 2023, at 3:30 p.m. This is the third request for an adjournment of Brandon Wong's sentencing. The Court granted the prior requests.

[REDACTED]

    We thank the Court for its consideration of this request.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: /s/ Edward Y. Kim

Edward Y. Kim
Andrew N. Stahl

cc:    All Counsel of Record
      (By ECF)

---

Sentencing is adjourned to January 26, 2024, at 11:30 a.m.
SO ORDERED.

/s/ Edgardo Ramos

Edgardo Ramos, U.S.D.J.
Dated: 11/1/2023
New York, New York