UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

UNITED STATES OF AMERICA

v.

BRANDON WONG,

Defendant.

No. 22 Cr. 395 (ER)

MOTION FOR LEAVE TO FILE UNDER SEAL

    Please take notice that the undersigned, counsel for Defendant Brandon Wong, hereby move for leave of the Court to file under seal a letter motion requesting adjournment of Mr. Wong's November 15, 2023, sentencing. Counsel seek leave to file under seal in order to comply with the Court's requirement that any motion for adjournment state the reasons for the request. The reasons for the requested adjournment constitute sensitive information or information requiring caution, as defined in Rule 21 of the U.S. District Court for the Southern District of New York's Electronic Case Filing Rules & Instructions.

Dated: October 27, 2023

Respectfully submitted,

_____
Edward Y. Kim
Andrew N. Stahl
KRIEGER KIM & LEWIN LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9550
edward.kim@KKLllp.com
andrew.stahl@KKLllp.com

The application to file the letter motion under seal is granted.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 11/1/2023
New York, New York