# KRIEGER LEWIN LLP

350 Fifth Avenue, 77ᵗʰ Floor
New York, NY 10118
Telephone: (212) 390-9550
www.KriegerLewin.com

## MEMO ENDORSED

Andrew N. Stahl

Direct Dial: (212) 390-9568
Andrew.Stahl@KriegerLewin.com

April 3, 2024

By ECF

The Honorable Edgardo Ramos
U.S. District Judge, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Mr. Wong's surrender date is adjourned to
> May 3, 2024.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:  4/4/2024
> New York, New York

Re:    *United States v. Brandon Wong, 22 Cr. 395 (ER)*

Dear Judge Ramos:

We represent Brandon Wong in the above-referenced matter.  On January 26, 2024, Your Honor sentenced Mr. Wong to a term of five months' incarceration, with a surrender date of April 5, 2024.  We understand that the Federal Bureau of Prisons has since designated the minimum security satellite camp at FCI Fort Dix as the location at which Mr. Wong will serve his sentence.

We write now, with the government's consent, to respectfully request that Your Honor adjourn Mr. Wong's surrender date to Friday, May 3, 2024.

We appreciate the Court's time and consideration.

Respectfully submitted,
KRIEGER LEWIN LLP

By:    /s/ Andrew N. Stahl
        Andrew N. Stahl
        Nicholas J. Lewin

cc:    All Counsel of Record (By ECF)