UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# MEMO ENDORSED

UNITED STATES OF AMERICA

v.

BRANDON WONG,

Defendant.

No. 22 Cr. 395 (ER)

<u>MOTION FOR LEAVE TO FILE
UNDER SEAL</u>

Please take notice that the undersigned, counsel for Defendant Brandon Wong, hereby move for leave of the Court to file under seal a letter motion requesting adjournment of Mr. Wong's April 5, 2024, surrender date.  Counsel seek leave to file under seal in order to provide the Court with information about the reason for the request.  The reason for the requested adjournment constitutes sensitive information or information requiring caution, as defined in Rule 21 of the U.S. District Court for the Southern District of New York's Electronic Case Filing Rules & Instructions.

Dated: April 3, 2024

Respectfully submitted,

/s/ Andrew N. Stahl
Andrew N. Stahl
Nicholas J. Lewin
KRIEGER LEWIN LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9568
Andrew.Stahl@KriegerLewin.com
Nick.Lewin@KriegerLewin.com

The application to file under seal Mr. Brandon Wong's motion to adjourn his surrender date is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:   4/4/2024
New York, New York