# KRIEGER LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118

Telephone: (212) 390-9550  
www.KriegerLewin.com

October 16, 2024

By ECF

**MEMO ENDORSED**

The Honorable Edgardo Ramos  
United States District Court, Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: *United States v. Brandon Wong*, 22 Cr. 395 (ER)

Dear Judge Ramos:

I represent Brandon Wong, the defendant in the above-referenced case. On January 26, 2024, Your Honor sentenced Mr. Wong to five months' imprisonment and a three-year term of supervised release, in addition to forfeiture. ECF No. 139. Mr. Wong recently completed his term of imprisonment and is now on supervised release.

We have been informed by the United States Probation Office that a court order is required in order to return Mr. Wong's U.S. passport and Hong Kong identification card. Accordingly, we respectfully request that this Court authorize the return of Mr. Wong's passport and identification card, which he surrendered as a condition of bail. Counsel for the government and Mr. Wong's probation officer do not object to this request.

Respectfully submitted,  
KRIEGER LEWIN LLP

By: _____  
Nicholas J. Lewin

cc: All Counsel of Record (By ECF)

---

It is hereby ordered that Mr. Wong's U.S. Passport and Hong Kong identification card be returned to him.

_____  
Edgardo Ramos, U.S.D.J.  
Dated: 10/17/2024  
New York, New York